**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Cristiano Zuin | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-10773AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 29, 2022, this case is hereby DISMISSED.

Date: April 18, 2022

_____
Ashely M Chan
United States Bankruptcy Judge

Missing Documents:

    SSN-Form B21 (Corrected)
    Disclosure of Attorney Compensation
    Chapter 13 Plan
    Ch 13 Income 122C-1
    Means Test Calculation Form 122C-2, if applicable
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106

bfmisdoc