United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cristiano Zuin  
    Debtor

Case No. 22-10773-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 18, 2022      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristiano Zuin, 59 Crooked Billet Rd., Hatboro, PA 19040-3911 |
| 14682851 | + | Robyn Zuin, 59 Crooked Billet Rd., Hatboro, PA 19040-3911 |
| 14681936 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans Inc., c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14681791 | + | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 23:50:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682847 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2022 23:50:11 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14682848 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2022 23:50:05 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14682849 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2022 23:44:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14682850 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 23:44:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14682852 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 18 2022 23:44:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-4021 |
| 14680458 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 23:50:05 | Synchrony Bank, c/o Valerie Smith, PRA Receivable Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680307 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 23:50:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682853 | + | Email/Text: dbogucki@trumark.org | Apr 18 2022 23:44:00 | Trumark FCU, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 12

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN H. STANWOOD | on behalf of Debtor Cristiano Zuin jhs@stanwoodlaw.com  paralegal@stanwoodlaw.com,jhsecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Cristiano Zuin | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-10773AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 29, 2022, this case is hereby DISMISSED.

**Date: April 18, 2022**

---
Ashely M Chan
United States Bankruptcy Judge

Missing Documents:
  SSN-Form B21 (Corrected)
  Disclosure of Attorney Compensation
  Chapter 13 Plan
  Ch 13 Income 122C-1
  Means Test Calculation Form 122C-2, if applicable
  Schedules A/B-J
  Statement of Financial Affairs
  Summary Assets & Liabilities B106

bfmisdoc