UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-10773-amc |
| Cristiano Zuin | : | |
| Debtor | : | Chapter 13 |

O R D E R

Upon consideration of the above Debtor's *Motion to Reconsider Order of Dismissal and to Reinstate Case* and all of the documents required by Fed. R. Bankr.P.1007 having been filed on April 22, 2022, it is hereby

ORDERED that the motion is GRANTED. The order dismissing the above matter dated April 18, 2022, is hereby VACATED and the case is REINSTATED.

By the Court:

**Date: April 25, 2022**

Ashely M. Chan
U.S. Bankruptcy Judge