# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10773-AMC

CRISTIANO ZUIN

59 CROOKED BILLET RD

HATBORO, PA 19040

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CRISTIANO ZUIN

59 CROOKED BILLET RD

HATBORO, PA 19040

Counsel for debtor(s), by electronic notice only.

    JONATHAN H STANWOOD ESQ
    8 PENN CENTER, SUITE 1000
    1628 JFK BLVD
    PHILADELPHIA, PA 19103

Date: 5/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee