

American National Red Cross    431 18th Street NW Washington, DC 20006    +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 01/08/2022 | 01/21/2022 | 01/28/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,013.38 | 273.18 | 468.72 | 0.00 | 1,271.48 |
| YTD | 3,606.82 | 529.56 | 829.30 | 57.00 | 2,190.96 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday | | | 0 | | 226.24 | OASDI | 112.89 | 199.74 |
| Leave Without Pay | 01/08/2022 - 01/21/2022 | 8 | 0 | 0.00 | 0.00 | Medicare | 26.40 | 46.71 |
| Night Shift | 01/08/2022 - 01/21/2022 | 6.500001 | 2.25 | 14.64 | 14.64 | Federal Withholding | 203.02 | 357.66 |
| Paid Time Off | 01/10/2022 - 01/21/2022 | 8 | 28.28 | 226.24 | 1,357.44 | State Tax - PA | 55.90 | 98.90 |
| Hourly Pay | 01/10/2022 - 01/21/2022 | 62.18333 | 28.28 | 1,758.55 | 1,983.38 | SUI-Employee Paid - PA | 1.09 | 1.93 |
| Weekend Shift | 01/15/2022 - 01/21/2022 | 7.05 | 1.25 | 8.82 | 17.53 | City Tax - PHILA | 69.42 | 124.36 |
| Weekend Shift | 01/08/2022 - 01/21/2022 | 2.05 | 2.5 | 5.13 | 7.59 | | | |
| Earnings | | | | 2,013.38 | 3,606.82 | Employee Taxes | 468.72 | 829.30 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-Tax | 80.54 | 144.28 | Union Dues $ | | 57.00 |
| Medical Ins-Union | 192.64 | 385.28 | | | |
| Pre Tax Deductions | 273.18 | 529.56 | Post Tax Deductions | 0.00 | 57.00 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,820.74 | 3,221.54 |
| Medicare - Taxable Wages | 1,820.74 | 3,221.54 |
| Federal Withholding - Taxable Wages | 1,740.20 | 3,077.26 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Holiday | 0 | 0 | 24 |
| Additional Withholding | 70 | 0 | PTO - 7 Day Lag | 7.7 | 8 | 4.6 |
| | | | Sick - Philadelphia, PA | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Bank Name | Bank Name ******5359 | ******5359 | | 1,206.48 | USD |
| Metabank | Squirrel | ******6097 | | 65.00 | USD |



American National Red Cross   431 18th Street NW Washington, DC 20006   +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 01/22/2022 | 02/04/2022 | 02/11/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,854.55 | 266.83 | 427.82 | 57.00 | 1,102.90 |
| YTD | 5,661.37 | 804.39 | 1,327.82 | 114.00 | 3,415.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Retention Bonus | | | 0 | | 200.00 |
| Holiday | | | 0 | | 226.24 |
| Leave Without Pay | 01/22/2022 - 02/04/2022 | 16 | 0 | 0.00 | 0.00 |
| Night Shift | 01/22/2022 - 02/04/2022 | 4.300001 | 2.25 | 9.69 | 24.33 |
| Paid Time Off | | | 0 | | 1,357.44 |
| Hourly Pay | 01/22/2022 - 02/04/2022 | 64.75 | 28.28 | 1,831.14 | 3,814.52 |
| Weekend Shift | 01/22/2022 - 01/28/2022 | 7.166667 | 1.25 | 8.96 | 26.49 |
| Weekend Shift | 01/22/2022 - 02/04/2022 | 1.9 | 2.5 | 4.76 | 12.35 |
| Earnings | | | | 1,854.55 | 5,661.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 103.03 | 315.17 |
| Medicare | 24.10 | 73.71 |
| Federal Withholding | 184.72 | 584.62 |
| State Tax - PA | 51.02 | 156.06 |
| SUI-Employee Paid - PA | 1.00 | 3.05 |
| City Tax - PHILA | 63.95 | 195.21 |
| Employee Taxes | 427.82 | 1,327.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre-Tax | 74.19 | 226.47 |
| Medical Ins-Union | 192.64 | 577.92 |
| Pre Tax Deductions | 266.83 | 804.39 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 57.00 | 114.00 |
| Post Tax Deductions | 57.00 | 114.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,661.91 | 5,083.45 |
| Medicare - Taxable Wages | 1,661.91 | 5,083.45 |
| Federal Withholding - Taxable Wages | 1,587.72 | 4,856.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 70 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 24 |
| PTO - 7 Day Lag | 7.7 | 0 | 12.3 |
| Sick - Philadelphia, PA | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******5359 | ******5359 | | 1,037.90 | USD |
| Metabank | Squirrel | ******6097 | | 65.00 | USD |



American National Red Cross    431 18th Street NW Washington, DC 20006    +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 01/22/2022 | 02/04/2022 | 01/28/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 200.00 | 8.00 | 70.70 | 0.00 | 121.30 |
| YTD | 3,806.82 | 537.56 | 900.00 | 57.00 | 2,312.26 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Retention Bonus | 01/22/2022 - 02/04/2022 | 0 | 0 | 200.00 | 200.00 | OASDI | 12.40 | 212.14 |
| Holiday | | | 0 | | 226.24 | Medicare | 2.90 | 49.61 |
| Night Shift | | | 0 | | 14.64 | Federal Withholding | 42.24 | 399.90 |
| Paid Time Off | | | 0 | | 1,357.44 | State Tax - PA | 6.14 | 105.04 |
| Hourly Pay | | | 0 | | 1,983.38 | SUI-Employee Paid - PA | 0.12 | 2.05 |
| Weekend Shift | | | 0 | | 17.53 | City Tax - PHILA | 6.90 | 131.26 |
| Weekend Shift | | | 0 | | 7.59 | | | |
| Earnings | | | | 200.00 | 3,806.82 | Employee Taxes | 70.70 | 900.00 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-Tax | 8.00 | 152.28 | Union Dues $ | | 57.00 |
| Medical Ins-Union | | 385.28 | | | |
| Pre Tax Deductions | 8.00 | 537.56 | Post Tax Deductions | 0.00 | 57.00 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 200.00 | 3,421.54 |
| Medicare - Taxable Wages | 200.00 | 3,421.54 |
| Federal Withholding - Taxable Wages | 192.00 | 3,269.26 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Holiday | 0 | 0 | 24 |
| Additional Withholding | 70 | 0 | PTO - 7 Day Lag | 7.7 | 0 | 12.3 |
| | | | Sick - Philadelphia, PA | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Bank Name | Bank Name ******5359 | ******5359 | | 56.30 USD |
| Metabank | Squirrel | ******6097 | | 65.00 USD |



American National Red Cross    431 18th Street NW Washington, DC 20006    +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 02/05/2022 | 02/18/2022 | 02/25/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,266.18 | 283.29 | 533.81 | 0.00 | 1,449.08 |
| YTD | 7,927.55 | 1,087.68 | 1,861.63 | 114.00 | 4,864.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Retention Bonus | | | 0 | | 200.00 |
| Holiday | | | 0 | | 226.24 |
| Night Shift | 02/05/2022 - 02/18/2022 | 4.216667 | 2.25 | 9.50 | 33.83 |
| Paid Time Off | 02/05/2022 - 02/18/2022 | 16 | 28.28 | 452.48 | 1,809.92 |
| Hourly Pay | 02/05/2022 - 02/18/2022 | 63.39999 | 28.28 | 1,792.96 | 5,607.48 |
| Weekend Shift | 02/05/2022 - 02/11/2022 | 6.083333 | 1.25 | 7.61 | 34.10 |
| Weekend Shift | 02/05/2022 - 02/11/2022 | 1.45 | 2.5 | 3.63 | 15.98 |
| Earnings | | | | 2,266.18 | 7,927.55 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 128.56 | 443.73 |
| Medicare | 30.07 | 103.78 |
| Federal Withholding | 232.14 | 816.76 |
| State Tax - PA | 63.66 | 219.72 |
| SUI-Employee Paid - PA | 1.24 | 4.29 |
| City Tax - PHILA | 78.14 | 273.35 |
| Employee Taxes | 533.81 | 1,861.63 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre-Tax | 90.65 | 317.12 |
| Medical Ins-Union | 192.64 | 770.56 |
| Pre Tax Deductions | 283.29 | 1,087.68 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | | 114.00 |
| Post Tax Deductions | 0.00 | 114.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,073.54 | 7,156.99 |
| Medicare - Taxable Wages | 2,073.54 | 7,156.99 |
| Federal Withholding - Taxable Wages | 1,982.89 | 6,839.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 70 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 24 |
| PTO - 7 Day Lag | 7.7 | 16 | 4 |
| Sick - Philadelphia, PA | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******5359 | ******5359 | | 1,384.08 | USD |
| Metabank | Squirrel | ******6097 | | 65.00 | USD |



American National Red Cross    431 18th Street NW Washington, DC 20006    +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 02/19/2022 | 03/04/2022 | 03/11/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,075.21 | 275.65 | 484.63 | 57.00 | 1,257.93 |
| YTD | 10,002.76 | 1,363.33 | 2,346.26 | 171.00 | 6,122.17 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Retention Bonus | | | 0 | | 200.00 | OASDI | 116.72 | 560.45 |
| Holiday | | | 0 | | 226.24 | Medicare | 27.29 | 131.07 |
| Leave Without Pay | 02/19/2022 - 03/04/2022 | 8 | 0 | 0.00 | 0.00 | Federal Withholding | 210.14 | 1,026.90 |
| Night Shift | 02/19/2022 - 03/04/2022 | 4.05 | 2.25 | 9.12 | 42.95 | State Tax - PA | 57.79 | 277.51 |
| Paid Time Off | | | 0 | | 1,809.92 | SUI-Employee Paid - PA | 1.13 | 5.42 |
| Hourly Pay | 02/19/2022 - 03/04/2022 | 72.18333 | 28.28 | 2,041.36 | 7,648.84 | City Tax - PHILA | 71.56 | 344.91 |
| Weekend Shift | 02/19/2022 - 03/04/2022 | 14.53333 | 1.25 | 18.18 | 52.28 | | | |
| Weekend Shift | 02/19/2022 - 03/04/2022 | 2.616666 | 2.5 | 6.55 | 22.53 | | | |
| Earnings | | | | 2,075.21 | 10,002.76 | Employee Taxes | 484.63 | 2,346.26 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-Tax | 83.01 | 400.13 | Union Dues $ | 57.00 | 171.00 |
| Medical Ins-Union | 192.64 | 963.20 | | | |
| Pre Tax Deductions | 275.65 | 1,363.33 | Post Tax Deductions | 57.00 | 171.00 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,882.57 | 9,039.56 |
| Medicare - Taxable Wages | 1,882.57 | 9,039.56 |
| Federal Withholding - Taxable Wages | 1,799.56 | 8,639.43 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Holiday | 0 | 0 | 24 |
| Additional Withholding | 70 | 0 | PTO - 7 Day Lag | 7.7 | 0 | 11.7 |
| | | | Sick - Philadelphia, PA | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Bank Name | Bank Name ******5359 | ******5359 | | 1,192.93 | USD |
| Metabank | Squirrel | ******6097 | | 65.00 | USD |



American National Red Cross    431 18th Street NW Washington, DC 20006    +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 03/05/2022 | 03/18/2022 | 03/25/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,485.22 | 292.05 | 607.86 | 0.00 | 1,585.31 |
| YTD | 12,487.98 | 1,655.38 | 2,954.12 | 171.00 | 7,707.48 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Retention Bonus | 03/05/2022 - 03/18/2022 | 0 | 0 | 200.00 | 400.00 | OASDI | 142.14 | 702.59 |
| Holiday | | | 0 | | 226.24 | Medicare | 33.25 | 164.32 |
| Night Shift | 03/05/2022 - 03/18/2022 | 5.483334 | 2.25 | 12.35 | 55.30 | Federal Withholding | 275.02 | 1,301.92 |
| Paid Time Off | | | 0 | | 1,809.92 | State Tax - PA | 70.38 | 347.89 |
| Hourly Pay | 03/05/2022 - 03/18/2022 | 79.43333 | 28.28 | 2,246.39 | 9,895.23 | SUI-Employee Paid - PA | 1.38 | 6.80 |
| Weekend Shift | 03/05/2022 - 03/18/2022 | 13.9 | 1.25 | 17.39 | 69.67 | City Tax - PHILA | 85.69 | 430.60 |
| Weekend Shift | 03/05/2022 - 03/18/2022 | 3.633333 | 2.5 | 9.09 | 31.62 | | | |
| Earnings | | | | 2,485.22 | 12,487.98 | Employee Taxes | 607.86 | 2,954.12 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre-Tax | 99.41 | 499.54 | Union Dues $ | | 171.00 |
| Medical Ins-Union | 192.64 | 1,155.84 | | | |
| Pre Tax Deductions | 292.05 | 1,655.38 | Post Tax Deductions | 0.00 | 171.00 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,292.58 | 11,332.14 |
| Medicare - Taxable Wages | 2,292.58 | 11,332.14 |
| Federal Withholding - Taxable Wages | 2,193.17 | 10,832.60 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Holiday | 0 | 0 | 24 |
| Additional Withholding | 70 | 0 | PTO - 7 Day Lag | 7.7 | 0 | 19.4 |
| | | | Sick - Philadelphia, PA | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Bank Name | Bank Name ******5359 | ******5359 | | 1,520.31 | USD |
| Metabank | Squirrel | ******6097 | | 65.00 | USD |



American National Red Cross    431 18th Street NW Washington, DC 20006    +1 (877) 860-7526

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Cristiano Zuin | American National Red Cross | 404635 | 03/19/2022 | 04/01/2022 | 04/08/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,318.52 | 285.39 | 547.27 | 57.00 | 1,428.86 |
| YTD | 14,806.50 | 1,940.77 | 3,501.39 | 228.00 | 9,136.34 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Retention Bonus | | | 0 | | 400.00 |
| Holiday | | | 0 | | 226.24 |
| Night Shift | 03/19/2022 - 04/01/2022 | 6.7 | 2.25 | 15.09 | 70.39 |
| Paid Time Off | 03/19/2022 - 04/01/2022 | 12 | 28.28 | 339.36 | 2,149.28 |
| Hourly Pay | 03/19/2022 - 04/01/2022 | 68.38333 | 28.28 | 1,933.89 | 11,829.12 |
| Weekend Shift | 03/19/2022 - 04/01/2022 | 13.86666 | 1.25 | 17.34 | 87.01 |
| Weekend Shift | 03/19/2022 - 04/01/2022 | 5.133333 | 2.5 | 12.84 | 44.46 |
| Earnings | | | | 2,318.52 | 14,806.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 131.81 | 834.40 |
| Medicare | 30.82 | 195.14 |
| Federal Withholding | 238.17 | 1,540.09 |
| State Tax - PA | 65.26 | 413.15 |
| SUI-Employee Paid - PA | 1.27 | 8.07 |
| City Tax - PHILA | 79.94 | 510.54 |
| Employee Taxes | 547.27 | 3,501.39 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Pre-Tax | 92.75 | 592.29 |
| Medical Ins-Union | 192.64 | 1,348.48 |
| Pre Tax Deductions | 285.39 | 1,940.77 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Union Dues $ | 57.00 | 228.00 |
| Post Tax Deductions | 57.00 | 228.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,125.88 | 13,458.02 |
| Medicare - Taxable Wages | 2,125.88 | 13,458.02 |
| Federal Withholding - Taxable Wages | 2,033.13 | 12,865.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 70 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 24 |
| PTO - 7 Day Lag | 7.7 | 12 | 15.1 |
| Sick - Philadelphia, PA | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank Name | Bank Name ******5359 | ******5359 | | 1,363.86 | USD |
| Metabank | Squirrel | ******6097 | | 65.00 | USD |