United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10773-amc
Cristiano Zuin     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 28, 2022     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristiano Zuin, 59 Crooked Billet Rd., Hatboro, PA 19040-3911 |
| 14682851 | + | Robyn Zuin, 59 Crooked Billet Rd., Hatboro, PA 19040-3911 |
| 14681936 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans Inc., c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14681791 | + | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682847 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:18:35 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14682848 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:46 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14682849 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:15:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14688751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:18:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14682850 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2022 00:15:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14682852 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 29 2022 00:15:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-4021 |
| 14680458 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | Synchrony Bank, c/o Valerie Smith, PRA Receivable Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680307 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682853 | + | Email/Text: dbogucki@trumark.org | Jun 29 2022 00:15:00 | Trumark FCU, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN H. STANWOOD | on behalf of Debtor Cristiano Zuin jhs@stanwoodlaw.com paralegal@stanwoodlaw.com,jhsecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CRISTIANO ZUIN | Chapter 13 |
| Debtor | Bankruptcy No. 22-10773-AMC |

# O R D E R

**AND NOW**, this \_\_\_28th\_\_\_ day of \_\_\_June\_\_\_, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JONATHAN H STANWOOD ESQ
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103

Debtor:
CRISTIANO ZUIN

59 CROOKED BILLET RD

HATBORO, PA 19040